Same case below, 601 Pa. 655, 976 A.2d 484.

**No. 09-630. Royal Benson, et al., Petitioners v. St. Joseph Regional Health Center, et al.**

559 U.S. 937, 130 S. Ct. 1507, 176 L. Ed. 2d 111, 2010 U.S. LEXIS 1344.

February 22, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.

Same case below, 575 F.3d 542.

**No. 09-632. Erlinda Dominguez, Petitioner v. Price Okamoto Himeno & Lum.**

559 U.S. 937, 130 S. Ct. 1511, 176 L. Ed. 2d 111, 2010 U.S. LEXIS 1187.

February 22, 2010. Petition for writ of certiorari to the Intermediate Court of Appeals of Hawaii denied.

Same case below, 120 Haw. App. 384, 205 P.3d 649.

**No. 09-637. School Board of Beauregard Parish, Petitioner v. Honeywell International, Inc., et al.**

559 U.S. 937, 130 S. Ct. 1511, 176 L. Ed. 2d 111, 2010 U.S. LEXIS 1188.

February 22, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.

Same case below, 328 Fed. Appx. 973.

**No. 09-639. David Eilender, Petitioner v. Michigan Department of Human Services.**

559 U.S. 937, 130 S. Ct. 1511, 176 L. Ed. 2d 111, 2010 U.S. LEXIS 1128.

February 22, 2010. Petition for writ of certiorari to the Court of Appeals of Michigan denied.

**No. 09-641. Fred Douglas Vining, Petitioner v. Applied Power Technology, et al.**

559 U.S. 937, 130 S. Ct. 1512, 176 L. Ed. 2d 111, 2010 U.S. LEXIS 1312.

February 22, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Third Circuit denied.

Same case below, 317 Fed. Appx. 196.

**No. 09-642. Randall S. Young, et ux., Individually and as Next Friends of Ashton Young, Petitioners v. Memorial Hermann Hospital System, dba Memorial Hermann Hospital, et al.**

559 U.S. 937, 130 S. Ct. 1512, 176 L. Ed. 2d 111, 2010 U.S. LEXIS 1232.

February 22, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.

Same case below, 573 F.3d 233.

**No. 09-643. Carl H. Brown, Petitioner v. Marriott International, Incorporated.**

559 U.S. 937, 130 S. Ct. 1512, 176 L. Ed. 2d 111, 2010 U.S. LEXIS 1359.

February 22, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Fourth Circuit denied.

Same case below, 330 Fed. Appx. 27.

**No. 09-657. Birmingham Board of Education, Petitioner v. Cathy McCord-Baugh.**

559 U.S. 937, 130 S. Ct. 1514, 176 L. Ed. 2d 111, 2010 U.S. LEXIS 1315.

February 22, 2010. Petition for writ of certiorari to the Supreme Court of Alabama denied.

Same case below, 65 So. 3d 493.